Date: 06/24/11                             Page: 1

## DIVIDENDS REMITTED TO THE COURT
### Check Number 108 Dated 06/24/11
### Case Number 10-32906 - PERRY, JEFFREY DENNIS

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **SUMMIT ORTHOPEDICS LTD**<br>PO BOX 86<br>SDS 12 2901<br>MINNEAPOLIS MN 55486-2901<br>   FINAL DISTRIBUTION<br>   7523 | 000002 | 60.00 | 1.36 |
| **HEALTH EAST**<br>NW 8947<br>PO BOX 1450<br>MINNEAPOLIS MN 55485<br>   FINAL DISTRIBUTION<br>   4259 | 000007 | 200.00 | 4.53 |
| ---------- Remittance Total ---------------- | | 260.00 | 5.89 |

*[signature]*
John A. Hedback, Trustee

Rec. #3934

RECEIVED
11 JUN 27 AM 11: 34
U.S. BANKRUPTCY COURT
ST PAUL, MN